DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TOWN OF SOUTHWEST RANCHES,**
Appellant,

v.

**CITY OF PEMBROKE PINES,**
Appellee.

No. 4D22-418

[February 9, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE12-28819 (25).

Susan E. Trench of Susan E. Trench, P.A., Miami, and Alan G. Kipnis and Payton H. Poliakoff of Government Law Group, PLLC, Fort Lauderdale, for appellant.

E. Bruce Johnson and Hudson C. Gill of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, PA, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***